AUG-09-2010 14:14 From:DISH NETWORK        9517847237           To:Fax                P.6/8

COPY

1 | PENNY M. COSTA (SBN 110373)
    costap@ballardspahr.com
2 | **Ballard Spahr LLP**
    2029 Century Park East, Suite 800
3 | Los Angeles, California 90067-2909
    Telephone: (424) 204-4331
4 | Facsimile: (424) 204-4350

5 | LYNN E. RZONCA (*pro hac vice pending*)
    rzoncal@ballardspahr.com
6 | MELISSA J. LORE (*pro hac vice pending*)
    lorem@ballardspahr.com
7 | **Ballard Spahr LLP**
    1735 Market Street, 51st Floor
8 | Philadelphia, PA 19103
    Telephone: (215) 665-8500
9 | Facsimile: (215) 864-8999

10 | Attorneys for Plaintiff Graco Children's Products Inc.

FILED 10 AUG -9 PM 1:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

Graco Children's Products Inc.,

   Plaintiff,

   v.

Baby Trend, Inc.,

   Defendant.

CASE NO. **CV 10 05897 JST**

[Assigned for all purposes to the Honorable Josephine S.Tucker]

**PLAINTIFF'S MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. § 157(d)**

Date: September 13th
Time: 10:00 am
Ctrm.: 9-c

   Pursuant to 28 U.S.C. § 157(d), Plaintiff Graco Children's Products Inc. respectfully moves this Court for an Order to withdraw the reference of adversary proceeding captioned *Graco Children's Products Inc. v. Baby Trend, Inc.*, Adv. No. 6:10-ap-01466 filed under Federal Rule of Bankruptcy Procedure 7001 in the United States Bankruptcy Court for the Central District of California, Riverside Division (the "Adversary Proceeding") in connection with the chapter 11 case of debtor Baby Trend, Inc., Case No. 6:09-bk-34090-CB, United States Bankruptcy Court for the

Central District of California, Riverside Division.

Plaintiff moves for mandatory withdrawal under 28 U.S.C. § 157(d) on the grounds that a district court "shall, on timely motion of a party, so withdraw a proceeding if the court determines that resolution of the proceeding requires consideration of both title 11 and other laws of the United States regulating … activities affecting interstate commerce."

Alternatively, if the Court were to determine that grounds for mandatory withdrawal do not exist, Plaintiff requests that the Court remove the reference pursuant to this Court's discretionary power under 28 U.S.C. § 157(d) which provides that a court may withdraw reference for "cause" shown.

In support of this Motion, Plaintiff relies upon Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Withdraw Reference Pursuant to 28 U.S.C. § 157(d) (the "Memorandum of Law").

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that this Court enter an order granting Plaintiff's Motion and withdrawing reference of the Adversary Proceeding to this Court and granting such other relief as the Court deems just and proper.

Respectfully submitted.

_____
Penny M. Costa

Dated: August 9, 2010

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is BALLARD SPAHR LLP, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909. On **August 9, 2010**, I served the within documents:

**PLAINTIFF'S MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. § 157(d)**

☐ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND**: by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ **BY EMAIL**: by attaching an electronic copy of the documents listed above to the e-mail address listed below.

☐ **BY OVERNIGHT MAIL**: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

See attached Service List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **August 9, 2010**, at Los Angeles, California.

_____
LISA KWON

## SERVICE LIST

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

Baby Trend, Inc.
C/O Denny Tsai
1607 South Campus Avenue
Ontairo, CA  91761

Jasmin Yang
Michael B. Reynolds
Snell & Wilmer LLP
600 Anton Blvd., Ste. 1400
Costa Mesa, CA  92626