**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
JUDGE JOSEPHINE STATON TUCKER
July 22, 2011

1 PENNY M. COSTA, (SBN 110373)
costap@ballardspahr.com
2 BALLARD SPAHR LLP
2029 Century Park East, Suite 800
3 Los Angeles, California 90067-2909
Telephone: (424) 204-4331
4 Facsimile: (424) 204-4350

5 LYNN E. RZONCA (ADMITTED *PRO HAC VICE*)
rzoncal@ballardspahr.com
6 KATRINA M. QUICKER (ADMITTED *PRO HAC VICE*)
quickerk@ballardspahr.com
7 BALLARD SPAHR LLP
1735 Market Street, 51st Floor
8 Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
9 Facsimile: (215) 864-8990

10 Attorneys for Plaintiff Graco Children's Products Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Graco Children's Products Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Baby Trend, Inc., <br><br> Defendant. | Case No. 2:10-cv-05897-JST(MLGx) <br><br> [PROPOSED] ORDER RE: GRACO'S *EX PARTE* APPLICATION TO MODIFY CASE SCHEDULE <br><br> DATE OF APPLICATION: JULY 20, 2011 |

### **ORDER**

Having considered Plaintiff Graco Children's Products Inc.'s *ex parte* application to modify the case schedule, and for a 60-day continuance of all deadlines therein, and finding good cause therefor,

---

[PROPOSED] ORDER RE GRACO'S *EX PARTE* APPLICATION TO MODIFY CASE SCHEDULE

1  IT IS ORDERED, that all dates in the above-captioned case shall be
2  continued by 60 days, and that the following dates be entered, as set forth below.
3
4  Graco's Opposition to Baby Trend's Motion for Summary Judgment    10-31-11
5  Discovery Cut-off (Fact and Expert):                               10-31-11
6  Hearing Date of Baby Trend's Motion for Summary Judgment           11-21-11
7  Last Day to Conduct Settlement Proceedings:                        12-05-11
8  Last Day for Law & Motion Hearings:                                12-19-11
9  Final Pre-Trial Conference (1:30 p.m.):                            01-30-12
10 Exhibit Conference (3:00 p.m.):                                    02-10-12
11 Jury Trial (9:00 a.m.):                                            02-14-12
12
13
14 Dated:     July ____, 2011
15
16                                    _____DENIED_____
                                       United States District Judge
17
18
...
28

DMEAST #12790265 v1