PENNY M. COSTA, (SBN 110373)
costap@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, California  90067-2909
Telephone: (424) 204-4331
Facsimile:  (424) 204-4350

LYNN E. RZONCA (admitted *Pro Hac Vice*)
rzoncal@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania  19103
Telephone: (215) 665-8500
Facsimile:  (215) 864-8990

KATRINA M. QUICKER (admitted *Pro Hac Vice*)
RICHARD W. MILLER (admitted *Pro Hac Vice*)
quickerk@ballardspahr.com
millerr@ballardspahr.com
**BALLARD SPAHR LLP**
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: (678) 420-9300
Facsimile: (678) 420-9301

Attorneys for Plaintiff Graco Children's
Products Inc.

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Graco Children's Products Inc., | Case No. 2:10-cv-05897-JST |
| Plaintiff, | **STIPULATION AND REQUEST TO STAY CASE PENDING PERFORMANCE OF SETTLEMENT AGREEMENT** |
| vs. | |
| Baby Trend, Inc., | **Judge: Hon. Josephine S. Tucker** |
| Defendant. | **Trial Date:  February 7, 2012**<br>**Time:  9:30 A.M.**<br>**Courtroom:  10A** |

14280172.1

Plaintiff Graco Children's Products Inc. ("Graco") and Defendant Baby Trend, Inc. ("Baby Trend") make this Stipulation and Request to Stay Case pending performance of the parties' settlement agreement.

WHEREAS pursuant to the Court's Order dated December 7, 2011, the jury trial of this patent infringement case is set to begin on February 7, 2012. (Dkt. 174 at 1.)

WHEREAS subsequent to the Court's December 7, 2011 Order, the parties continued to work with Mediator Judge George Schiavelli to settle this case, and have entered into a written settlement agreement effective December 30, 2011 (the "Settlement Agreement"). The Settlement Agreement concerns a joint settlement of both this matter and a co-pending proceeding between the parties before the International Trade Commission ("ITC") titled Investigation No. 337-TA-762 *In the Matter of Certain Strollers and Playards* (the "ITC Proceeding").  As one of the terms of the Settlement Agreement, the parties have agreed to keep the terms of the Settlement Agreement confidential, except as may be required as set forth more particularly in the Settlement Agreement.

WHEREAS, pursuant to the terms of the Settlement Agreement, following performance of certain acts (including the ITC's issuance of a final, non-reviewable ruling approving and granting a Joint Motion to Terminate the Investigation by Settlement Agreement ("Joint Motion to Terminate")), the parties will jointly move to dismiss all claims stated in this action.

WHEREAS the parties already filed a Motion to Stay the Procedural Schedule in the ITC Proceeding, which was immediately granted (a copy of the Order is attached as Exhibit A).  The parties also already filed their Joint Motion to Terminate the ITC Proceeding on January 6, 2012.  The parties do not expect a hearing to be set for the Joint Motion to Terminate.  If and after the Administrative Law Judge ("ALJ") handling the matter (Judge Essex) issues an Initial Determination Terminating the Investigation, the ITC then has 30 days to determine

1  whether it will review that Initial Determination.  The parties anticipate that the

2  Joint Motion to Terminate will be granted, and do not expect the ITC to revisit the

3  Initial Determination terminating the investigation (and the ITC Proceeding).

4      WHEREAS, based on the terms of the parties' Settlement Agreement and the

5  process for obtaining approval of the Settlement Agreement in the ITC Proceeding,

6  the parties anticipate filing a joint motion to dismiss this action on or before March

7  29, 2012.

8      WHEREAS, Graco and Baby Trend submit that based on the Settlement

9  Agreement, a stay of this case will save substantial resources for the Court and the

10  parties,

11      ACCORDINGLY, for the foregoing reasons, Graco and Baby Trend

12  stipulate to and request that the Court stay this case until the parties file a joint

13  motion to dismiss all the claims stated in this action and the action is dismissed.  If

14  the parties have not filed a joint motion to dismiss all the claims stated in this action

15  by March 29, 2012, the parties agree to file a joint status report to notify the Court

16  as to when they anticipate filing the joint motion to dismiss.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

14280172.1

- 3 -

STIPULATION TO STAY CASE PENDING PERFORMANCE OF SETTLEMENT AGREEMENT

1    Alternatively, the parties jointly request that the Court continue the trial

2    date in this action, and extend any pending deadlines, at least 90 days, or such other

3    time as is convenient for the Court, to allow the parties to complete certain acts

4    pursuant to the terms of the parties' Settlement Agreement before a dismissal of this

5    action.

6

7    DATED:  January 10, 2012

8

9    SNELL & WILMER LLP                    BALLARD SPAHR LLP

10

11   *s/ Deborah S. Mallgrave*                  *s/ Lynn E. Rzonca*
     J. Rick Taché                             Penny M. Costa
12   Deborah Mallgrave                         2029 Century Park East, Suite 800
13   Snell & Wilmer LLP                        Los Angeles, California 90067
     600 Anton Boulevard, Stuie 1400           Telephone:  (424) 204-4400
14   Costa Mesa, CA 92626-7689                 Facsimile:  (424) 204-4350
15   Telephone: (714) 427-7000                 Email:  costap@ballardspahr.com
     Facsimile:  (714) 427-7799                *and*
16   E-mail: rtache@swlaw.com                  Lynn E. Rzonca (admitted pro hac vice)
17          dmallgrave@swlaw.com               Ballard Spahr LLP
                                               1735 Market Street, 51st Floor
18                                             Philadelphia, PA 19103-7599
19                                             Telephone: (215) 665-8500
                                               Facsimile: (215) 864-8999
20                                             E-mail: rzoncal@ballardspahr.com
21                                             *and*
                                               Katrina M. Quicker (admitted pro hac vice)
22                                             Richard W. Miller (admitted pro hac vice)
23                                             Ballard Spahr LLP
                                               999 Peachtree Street, Suite 1000
24                                             Atlanta, GA 30309-3915
25                                             Telephone: (678) 420-9300
                                               Facsimile: (678) 420-9301
26                                             E-mail: quickerk@ballardspahr.com
27                                                      millerrw@ballardspahr.com

28

14280172.1                                    - 4 -

STIPULATION TO STAY CASE PENDING PERFORMANCE OF SETTLEMENT AGREEMENT

# EXHIBIT A

11222406.1

## UNITED STATES INTERNATIONAL TRADE COMMISSION

### Washington, D.C.

| | |
|---|---|
| **In the Matter of** | |
| **CERTAIN STROLLERS AND PLAYARDS** | Inv. No. 337-TA-762 |

**ORDER NO. 10:**      **GRANTING JOINT MOTION TO STAY THE PROCEDURAL SCHEDULE**

(January 6, 2012)

On January 6, 2012, complainant Graco Children's Products, Inc. and respondent Baby Trend, Inc. filed a joint motion to stay the procedural schedule. (Motion Docket No. 762-017.) The parties seek to stay the procedural schedule as they have reached a settlement and seek to conserve judicial and the parties' resources pending resolution of the parties' joint motion to terminate. The motion further states that the Commission Investigative Staff does not oppose the motion.

Motion No. 762-017 is hereby GRANTED. The procedural schedule in this investigation is hereby STAYED pending resolution of the parties' joint motion to terminate the investigation.

**SO ORDERED.**

Theodore R. Essex
Administrative Law Judge



THEODORE ESSEX, ADMINISTRATIVE LAW JUDGE
UNITED STATES INTERNATIONAL TRADE COMMISSION
500 E. STREET S.W., SUITE 317
WASHINGTON, D.C. 20436
(202) 205-3300; (202) 205-1852 FAX

# FAX COVER SHEET
## MAY CONTAIN CONFIDENTIAL BUSINESS INFORMATION

**DATE:** January 6, 2012          **ORDER # 10**          **337-TA-762**
                                   **CERTAIN STROLLERS AND PLAYARDS**

**Please Deliver These Pages to the Following Individuals:**          **pages 2**

Name:     MATTHEW N. BATHON, Esq.
Firm:     **STAFF**
Fax #:    202-205-2582
Ph#:      202-205-2766

Name:     THOMAS H. SHUNK, Esq.
Firm:     **BAKER & HOSTETLER, LLP**
Fax #:    216-696-0740
Ph#:      216-621-0200

Name:     J. RICK TACHE, Esq.
Firm:     **SNELL & WILMER, LLP**
Fax #:    714-427-7799
Ph#:      714-427-7000

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify Linda Spencer of my office at 202-205-3300.

*Graco Children's Products, Inc. v. Baby Trend, Inc.*
**US District Court, Central District of California, Case No. 2:10-cv-05897-JST**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2012, I electronically filed the document described as

**STIPULATION AND REQUEST TO STAY CASE PENDING PERFORMANCE OF**

**SETTLEMENT AGREEMENT** with the Clerk of the Court using the CM/ECF System which

will send notification of such filing to the following:

| | |
|---|---|
| Penny M. Costa<br>costap@ballardspahr.com<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA  90067-2909 | Attorneys for Plaintiff Graco Children's Products Inc.<br>Tel:    424-204-4331<br>Fax:    424-204-4350 |
| Lynn E. Rzonca<br>rzoncal@ballardspahr.com<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103 | Attorneys for Plaintiff Graco Children's Products Inc.<br>Tel:    215-665-8500<br>Fax:    215-864-8990 |
| Katrina Quicker<br>quickerk@ballardspahr.com<br>Cecilia Andrews<br>andrewsc@ballardspahr.com<br>Jason P. Grier<br>grierj@ballardspahr.com<br>Ballard Spahr LLP<br>999 Peachtree Street NE, #1000<br>Atlanta, GA  30309 | Attorneys for Plaintiff Graco Children's Products Inc.<br>Tel:    678-420-9300<br>Fax:    678-420-9301 |

Dated:  January 10, 2012                    SNELL & WILMER L.L.P.


                                   By:  *s/Deborah S. Mallgrave*
                                   J. Rick Taché
                                   Deborah S. Mallgrave
                                   Attorneys for Defendant Baby Trend, Inc.

Snell & Wilmer
— L.L.P. —
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

12159518.1